[Civil No. 520.]

## T. C. JORDAN, Appellant, v. MARICOPA COUNTY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker Judge.

Kibbey & Williams, for Appellant.

Jerry Millay, District Attorney, for Appellee.

January 17, 1896. Dismissed.

---

[Civil No. 496.]

## C. B. KELTON, Appellant, v. COLIN CAMERON, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Barnes & Martin, for Appellant.

Rochester Ford, for Appellee.

January 17, 1896. Dismissed.

---

[Civil No. 498.]

## J. S. WILLIAMS et al., Appellants, v. COCHISE COUNTY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. D. Bethune, Judge.

James Reilly, and M. A. Smith, for Appellants.

Thomas D. Satterwhite, Attorney-General, Charles A. Clark, and G. W. Swain, for Appellee.

January 18, 1896. Affirmed.